CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JAN - 3 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT L. BROWN, JR., <br> Plaintiff, | ) <br> ) Civil Action No. 7:07cv00574 <br> ) <br> ) **FINAL ORDER** <br> ) |
| MR. JARED BAKER, <u>et al.</u>, <br> Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1), any pending motions are hereby **DENIED as MOOT**, and this case shall be **STRICKEN** from the active docket of the court.*

The Clerk is directed to send a certified copy of this order to plaintiff.

ENTER: This 3rd day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge

---

* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).